IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MICHAEL HALTOM**<br><br>*Defendant*. | Case No. 24-CR-1429-(RC) |

**UNOPPOSED JOINT MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the Defendant, Michael Haltom, by and through his undersigned attorney's George L. Fernandez and Charles Haskell pursuant to Rule 44.5, of the Local Rules of the U.S. District Court for the District of Columbia and without objection by the government, and moves this Honorable Court to enter an order allowing attorney George L. Fernandez and Charles Haskell to withdraw from the representation of the Defendant and substitute counsel from the Office of the Federal Public Defender, to represent the Defendant in all further proceedings. As grounds the following is stated:

The undersigned counsel has provided written Notice to the defendant of the Motion to Withdraw and the Defendant consents to ;George Fernandez and Charles Haskell withdrawing in this matter and as been served at his last known address 5860 Benner St. No 106 Los Angeles, Ca 90042 pursuant to Local Criminal Rule 44.5(d)

Defendant has submitted his Financial affidavit and Appointment of counsel has been approved by Magistrate Judge Faruqui.

The Office of the Federal Public Defender has agreed that appointment of counsel will be made if this court grants defendant's motion.

The Government has not objected with undersigned counsels request to withdraw as counsel in this case. This motion is made in the early stages of the case and there will be no prejudice to the defendant or Government.

1

WHEREFORE, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsels to withdraw as attorneys of record and, by doing so, relieve them of any further obligation to this case.

Dated: November 29th 2024

                                      Respectfully Submitted,

                                      <u>/s/ George L. Fernandez, Esq.</u>

                                      5150 E Pacific Coast Highway 2nd Floor

                                      Long Beach, CA 90804

                                      p:  562-495-7900

                                      e:  fernandezlawca@gmail.com

                                      <u>/s/ Chalrles Haskell</u>

                                      641 Indiana Ave NW

                                      Washington, D.C. 20004

                                      e: Charles@charleshaskell.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on November 29, 2024

I hereby certify that a copy of the foregoing was served at the Defendant's last known addrees located at 5860 Benner St. No 106 Los Angeles, Ca 90042 by U.S Mail



/s/ GeorgeL. Fernandez, Esq.