UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-cr-00142 (RC) |
| MICHAEL HALTOM, | : |
| Defendant. | : |

### ORDER

Pursuant to the motion filed by the United States, ECF 33, it is hereby ordered that the Motion to Dismiss the Superseding Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of January, 2025.

HONORABLE RUDOLPH CONTRERAS
United States District Court Judge